IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. KENNETH A. SMITH,

    Plaintiff,                           No. 2:10-cv-2540 JFM (PC)

    vs.

C.D.C. STATE PROLE [SIC] DIVISION, etc.,

    Defendants.                    ORDER

/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed October 5, 2010. By order filed November 16, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 3, 2011.

                                              /s/ John F. Moulds
                                              UNITED STATES MAGISTRATE JUDGE

12;smit2540.fta